# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY S. GAGNON<br>　　　　Plaintiff, | §<br>§<br>§ |
| vs. | § CIVIL ACTION NO. 4:07-cv-01767<br>§ Jury Demanded<br>§ |
| UNITED TECHNISOURCE, INC.,<br>AIS TECH SERVICES, INC., and<br>WING AVIATION, LLC,<br>　　　　Defendants. | §<br>§<br>§<br>§ |

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

After considering Plaintiff's Motion for Entry of Judgment for Overtime Compensation, Liquidated Damages, and Motion for Award of Attorneys Fees and Costs, Plaintiff's Response in Opposition to the Defendants' Motions for Summary Judgment, and all competent admissible evidence offered by the parties, the court:

FINDS that Plaintiff is awarded unpaid overtime compensation in the amount of $4,266.82;

FINDS that Plaintiff is awarded liquidated damages in the amount of $4,266.82;

FINDS that Plaintiff is awarded attorney's fees in the amount of $55,908.00 for services rendered by the Law Office of Jo Miller, P.L.L.C.;

FINDS that Plaintiff is awarded litigation costs in the amount of $3,568.57;

The Court further FINDS that this Court retains jurisdiction of this case in the event that any Defendant appeals, loses on appeal, and additional attorneys' fees on behalf of Plaintiff Timothy S. Gagnon are incurred.

Signed on _January 6_, 2009.

_____
The Honorable Kenneth M. Hoyt
United States District Judge

**APPROVED & ENTRY REQUESTED:**

/s/ Jo Miller
Jo Miller