# INVOICE
December 15, 2008 through August 16, 2010

LAW OFFICE OF JO MILLER, P.L.L.C.
505 North Main
The Parsonage
Conroe, Texas 77301
Phone (936) 539-4400
Facsimile  (936)  539-4409
jmiller@jomillerlaw.com

| Bill to: |
| --- |
| Timothy Gagnon<br>5050 East 4th Street<br>Tucson, AZ 85712 |

| Date | Item | Description | By | Total Quantity/ Hours | Total Quantity/ Minutes | FLSA $Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 12/15/08 | Attorney Services | Finalize and File Plaintiff's Motion for Overtime and/or Attorney's fees including Exhibit B-1 | JM | 1 | 45 | 437.50 |
| 12/15/08 | Attorney Services | Finalize Order on Plaintiff's Motion for Entry Judgment | JM | | 15 | 62.50 |

| 12/15/08 | Attorney Services | Receive and Review Defs' Exhibit B to Defendant's Brief in Support of Motion for Summary Judgment on Partial Findings. Dkt 74-3 | JM | | 10 | 41.67 |
|---|---|---|---|---|---|---|
| 12/15/08 | Attorney Services | Finish preparing and Finalize Motion for Overtime and Attorney's fees including Exhibits A, B, C, D & E | JM | 4 | 20 | 1183.34 |
| 12/16/08 | Attorney Services | Receive and Review Defs' Exhibit C to Amended Court Ordered Calculations Dkt 71-4 | JM | | 10 | 41.67 |
| 12/16/08 | Attorney Services | Receive and Review Defs' Exhibit D to Amended Court Ordered Calculations Dkt 71-5 | JM | | 10 | 41.67 |
| 12/16/08 | Attorney Services | Receive and review Defendant's Motion for Leave to File Motion for Judgment on Partial findings and/or Motion for Summary Judgment. Dkt 72 | JM | | 20 | 83.34 |
| 12/16/08 | Attorney Services | Receive and review Defendant's Motion for Judgment on Partial Findings Dkt-72-2 | JM | | 30 | 125.00 |
| 12/16/08 | Attorney Services | Receive and Review Defs' Exhibit B to Amended Court Ordered Calculations Dkt 71-3 | JM | | 10 | 41.67 |
| 12/16/08 | Attorney Services | Receive and review Defendant's Brief in Support of Motion for Summary Judgment on Partial Findings.  Dkt 74 | JM | 1 | 10 | 291.67 |

| 12/16/08 | Attorney Services | Receive and Review and compare Defs' Exhibit A to Defendant's Brief in Support of Motion for Summary Judgment on Partial Findings. Dkt 74-2 | JM | | 10 | 41.67 |
|---|---|---|---|---|---|---|
| 12/16/08 | Attorney Services | Receive and Review Defs' Exhibit A to Amended Court Ordered Calculations Dkt 71-2 | JM | | 10 | 41.67 |
| 12/16/08 | Attorney Services | Receive and Review and compare Defs' Amended Court Ordered Calculations Dkt. 71 | JM | 1 | 20 | 358.34 |
| 12/16/08 | Attorney Services | Receive and review Defendant's Motion for Judgment on Partial Findings Dkt 73 | JM | | 20 | NC |
| 12/17/08 | Attorney Services | Receive and Review Defs' Order on Motion Dkt 77 | JM | | 10 | NC |
| 12/17/08 | Attorney Services | Receive and Review Court's Order for Expedited Response Dkt 78 | JM | | 10 | 41.67 |
| 12/17/08 | Attorney Services | Receive and Review Defs' Dismissal Order Dkt 79 | JM | | 10 | NC |
| 12/22/08 | Attorney Services | Receive and Review Defendant's Response re: Fees including Exhibit A, B & C Dkt 80-1 through 80-4 | JM | 2 | | 500.00 |
| 12/22/08 | Attorney Services | Receive and Review Defendant's Supplemental Request for Judicial Notice Dkt 81-1 | JM | | 50 | 208.34 |
| 12/23/08 | Attorney Services | Receive and Review Defendant's Proposed Order Request for Judicial Notice Dkt 81-4 | JM | | 10 | NC |

| 12/23/08 | Attorney Services | Receive and Review Defendant's Exhibit B Supplemental Request for Judicial Notice Dkt 81-3 | JM | | 10 | 41.67 |
|---|---|---|---|---|---|---|
| 12/23/08 | Attorney Services | Receive and Review Defendant's Exhibit A Supplemental Request for Judicial Notice Dkt 81-2 | JM | | 10 | 41.67 |
| 12/29/08 | Attorney Services | Prepare Proposed Order on Amended Motion for Entry of Judgment | JM | | 10 | 41.67 |
| 12/29/08 | Attorney Services | Prepare Amended Motion for Entry of Judgment - response to amended Court Ordered Calculations | JM | 2 | 20 | 583.34 |
| 12/30/08 | Attorney Services | Finalize and File Plaintiff's Court Ordered Response to Defendant's Amended Court Ordered Calculations including Exhibits A, B, C & D & Proposed Order | JM | 1 | 30 | 375.00 |
| 12/30/08 | Attorney Services | Prepare and Send Email Correspondence re: Proposed Order on Plaintiff's Response to Defendant's Amended Calculations | JM | | 20 | 91.67 |
| 12/31/08 | Attorney Services | Receive and Review Defendant's Objections to Plaintiff's Declaration & Proposed Order Dkt 83-1 & 83-2 | JM | 1 | 10 | 291.67 |
| | | **BILLING RATE CHANGED TO $275.00 PER HOUR FOR JM 01/01/10** | | | | |
| **1/2/09** | **Attorney Services** | **Offset for projected fees of 12 hours on December 15, 2008 Invoice** | **JM** | **-12** | | **-$3,000.00** |

| 1/6/09 | Attorney Services | Finalize and File Order on Plaintiff's Motion for Entry of Judgment | JM | | | 15 | 68.75 |
|---|---|---|---|---|---|---|---|
| 1/6/09 | Attorney Services | Receive and Review Defendant's Amended Objections to Plaintiff's Declaration & Proposed Order   Dkt 84-1 & Dkt 85-1 | JM | | | 10 | NC |
| 1/6/09 | Attorney Services | Finalize and File Order on Plaintiff's Court Ordered Response to Defendant's Amended Court Ordered Calculations | JM | | | 10 | 45.83 |
| 1/7/09-3/30/09 | Legal Assistant | 60 emails to client with attachments regarding the Motion for Summary Judgment | BE | 10 | | | NC |
| 1/8/09 | Attorney Services | Receive, review, and respond to email from opposing counsel re final judgment draft | JM | | | 20 | 91.67 |
| 1/8/09 | Attorney Services | Prepare and Send Email Correspondence re: FLSA Issue and IRS Form | JM | | | 10 | NC |
| 1/8/09 | Attorney Services | Receive and Review Court's Final Judgment | JM | | | 10 | 45.83 |
| 1/9/09 | Attorney Services | Prepare Abstract of Judgment | JM | | | 30 | NC |
| 1/9/09 | Attorney Services | Email to TELA re bill of costs | JM | | | 10 | 45.83 |
| 1/9/09 | Attorney Services | Email from JM to BF FYI re bill of costs | JM | | | 10 | 45.83 |
| 1/9/09 | Attorney Services | Review response from TELA re go ahead and file bill of costs | JM | | | 10 | 45.83 |

| 1-9-09 | Attorney Services | Prepare and Send Email Correspondence re: Bill of Costs | JM | | 10 | NC |
|---|---|---|---|---|---|---|
| 1/13/09 | Attorney Services | Receive and Review Email Correspondence from Diane, Case Manager re: Gagnon v UTI et al | JM | | 10 | 45.83 |
| 1/13/09 | Attorney Services | Prepare and Send Email Correspondence to Mike Griffin re: FLSA | JM | | 10 | 45.83 |
| 1/13/09 | Legal Assistant | Receive, review and respond to email correspondence from Ms. Palacious re: she doesn't know | BF | | 10 | 12.50 |
| 1/13/09 | Attorney Services | Email from JM to BF FYI FLSA question | JM | | 10 | 45.83 |
| 1/13/09 | Attorney Services | Prepare and Send Email Correspondence to Diane, Case Manager re: Gagnon v UTI et al | JM | | 10 | 45.83 |
| 1/13/09 | Attorney Services | Email from JM to Mike re FLSA question | JM | | 10 | 45.83 |
| 1/13/09 | Legal Assistant | Prepare and send email correspondence to Diane Palacious re: do we need to file bill of cost? | BF | | 10 | 12.50 |
| 1/14/09 | Legal Assistant | Email from BF to JM what next | BF | | 10 | 12.50 |
| 1/14/09 | Attorney Services | Email from JM to BF FYI final judgment draft and objection to final judgment | JM | | 20 | 91.67 |

| 1/14/09 | Attorney Services | Receive and Review Email Correspondence from Social Security Administration on behalf of Stephen W. Schueler re: Gagnon | JM | | | 10 | 45.83 |
|---------|-------------------|------------------------------------------------------------------------------------------------------------------------|----|--|--|----|-------|
| 1/14/09 | Attorney Services | Prepare and Send Email Correspondence to Social Security Administration on behalf of Stephen W. Schueler re: Gagnon | JM | | | 10 | 45.83 |
| 1/14/09 | Attorney Services | Prepare and Send Email Correspondence re: Gagnon v UTI et al | JM | | | 10 | 45.83 |
| 1/20/09 | Attorney Services | Itemization of Other Costs | JM | 2 | | | NC |
| 1/20/09 | Attorney Services | Finalize and File Bill of Cost | JM | | | 20 | 91.67 |
| 1/21/09 | Attorney Services | Receive and Review Defendant's Objections to Plaintiff's Bill of Costs | JM | | | 40 | 183.34 |
| 1/23/09 | Attorney Services | Finalize and File Motion to Amend the Judgment | JM | 1 | | | 275.00 |
| 1/23/09 | Attorney Services | Reearch and prepare Plaintiff's Opposed Motion to Alter or Amend Judgment and Proposed Order on Plaintiff's Opposed Motion to Alter or Amend Judgment | JM | 2 | 45 | | 206.25 |
| 1/26/09 | Attorney Services | Receive and Review Defendant's AIS objection to Plaintiff's Motion to Alter or Amend the Judgment Dkt 92-1 | JM | | | 50 | 229.17 |
| 1/27/09 | Attorney Services | Receive and Review Defs' Order | JM | | | 10 | NC |

| 1/28/09 | Attorney Services | Receive and Review Court's Order Denying Motion to Amend the Judgment | JM | | 10 | 45.83 |
|---------|-------------------|---------------------------------------------------------------------|----|--|-----|-------|
| 2/06/09 | Attorney Services | Receive and Review Notice of Appeal | JM | | 10 | 45.83 |
| 2/09/09 | Attorney Services | Receive and Review Notice of the Filing of an Appeal | JM | | 10 | NC |
| 2/9/09 | Attorney Services | Receive and Review Amended Notice of the Filing of an Appeal | JM | | 10 | NC |
| 2/18/09 | Attorney Services | Receive and Review Transcript Request Form | JM | | 10 | 45.83 |
| 2/23/09 | Attorney Services | Prepare and send email correspondence to Client re: Update on Case and appeal | JM | | 15 | 68.75 |
| 2/27/09 | Attorney Services | Finalize and File Plaintiff's Designation of Additional Parts to be Included in Transcript | JM | | 30 | 137.50 |
| 2/27/09 | Attorney Services | Finalize and File Plaintiff's Notice of Transcript Designation | JM | | 10 | NC |
| 2/27/09 | Attorney Services | Prepare and send email correspondence to Clerk Enclosing Form for Appearance | JM | | 10 | 45.83 |
| 3/4/09 | Attorney Services | Receive and Review Notice - Electronic Record on Appeal Certified | JM | | 10 | NC |
| 3/12/09 | Attorney Services | Email from JM to BF what else | JM | | 10 | 45.83 |
| 3/13/09 | Attorney Services | Receive and Review Transmittal Letter enclosing CD | JM | | | NC |

| 3/13/09 | Attorney Services | Prepare Transmittal Letter | JM | | 10 | 45.83 |
|---------|-------------------|----------------------------|----|--|----|-------|
| 3/13/09 | Attorney Services | Receive and Review Copy of Electronic Record for Appeal | JM | | 20 | 91.67 |
| 3/17/09 | Attorney Services | Receive and Review Briefing Information | JM | | 20 | 91.67 |
| 3/17/09 | Attorney Services | Prepare and Send Email Correspondence to Client re: status of case | JM | | 10 | 45.83 |
| 3/17/09 | Attorney Services | Pull and Review Fifth Circuit Procedure and Rules | JM | 1 | | 275.00 |
| 3/19/09 | Attorney Services | Review Delivery Confirmation re: Documents Sent, Filed | JM | | 10 | NC |
| 3/20/09 | Attorney Services | Email from JM to BF deadline is Monday | JM | | 10 | 45.83 |
| 3/25/09 | Legal Assistant | Email from BF to JM re have not received transcript | BF | | 10 | 12.50 |
| 3/26/09 | Legal Assistant | Email from BF to JM re have not received transcript | BF | | 10 | 12.50 |
| 3/26/09 | Attorney Services | Receive and Review Notice of Receipt of Record on Appeal | JM | | 10 | NC |
| 3/27/09 | Legal Assistant | Prepare and send email correspondence to Federal Court Reporter re: ordering copy of docket call hearing held on 12/1/08 | BF | | 10 | 12.50 |

| 3/27/09 | Attorney Services | Prepare and Send Email Correspondence to Court Reporter re: Transcript - Civil Action No 407-cv-1767 | JM | | | 10 | 45.83 |
|---------|-------------------|-----------------------------------------------------------------------------------------------------------|----|---|---|-----|-------|
| 3/27/09 | Attorney Services | Review Transcript Order filed on ECF | JM | | | 10 | NC |
| 3/30/09 | Attorney Services | Receive and Review Email Correspondence from Court Reporter re: Transcript - Civil Action No 407-cv-1767 | JM | | | 20 | 91.67 |
| 3/30/09 | Attorney Services | Prepare and Send Email Correspondence to Court Reporter re: Thanks | JM | | | 10 | 45.83 |
| 3/30/09 | Attorney Services | Receive and Review Transcript order Filed by Clerk | JM | | | 10 | 45.83 |
| 3/30/09 | Legal Assistant | Prepare and send email correspondence to Court Reporter requesting status on our request for transcript. | BF | | | 10 | 12.50 |
| 3/30/09 | Legal Assistant | Receive, review and respond to email from Federal Court Reporter advising transcript will be ready in 30 days. | BF | | | 10 | 12.50 |
| 4/1/09 | Attorney Services | Prepare and Send Email Correspondence re: Sample Motion to Supplement Record | JM | | | 15 | 68.75 |
| 4/1/09 | Attorney Services | Finalize and File Motion to Supplement the Record | JM | 1 | | | 275.00 |

| 4/1/09 | Attorney Services | Prepare and send email correspondence to opposing counsel re: do you oppose a motion to supplement the record? | JM | | 10 | 45.83 |
|---|---|---|---|---|---|---|
| 4/1/09 | Attorney Services | Revise Motion to Supplement the Record | JM | | 20 | 91.67 |
| 4/2/09 | Attorney Service | Prepare and send inter-office email re: above email. | JM | | 10 | 45.83 |
| 4/2/09 | Attorney Services | Receive, review and respond to email from opposing counsel re: doesn't oppose | JM | | 20 | 91.67 |
| 4/2/09 | Attorney Services | Email from JM to BF re put due date on calendar | JM | | 10 | 45.83 |
| 4/2/09 | Attorney Services | Prepare and send letter to Clerk Enclosing Motion to Supplement Record | JM | | 10 | 45.83 |
| 4/3/09 | Attorney Services | Finalize and File Motion to Supplement the Record | JM | | 20 | 91.67 |
| 4/7/09 | Attorney Services | Prepare and Send Memorandum re: Motion to Supplement Record Granted | JM | | 10 | 45.83 |
| 4/8/09 | Legal Assistant | Prepare and send letter to Mr. Gagnon enclosing copies of records for his files | CD | | 10 | 12.50 |
| 4/13/09 | Attorney Services | Receive and Review Letter re: Granted Motion to Supplement Record with Docket Call Hearing Transcript | JM | | 10 | 45.83 |
| 4/23/09 | Attorney Services | Receive and Review Defs' AIS & UTI Appellant's Brief | JM | 2 | | 550.00 |

| 5/4/09 | Legal Assistant | Prepare and send email correspondence to Court Reporter re: necessity of getting a response re: when can we expect to receive transcript. | BF | | 10 | 12.50 |
|---|---|---|---|---|---|---|
| 5/4/09 | Attorney Services | Prepare and Send Email Correspondence to Court Reporter re: Transcript | JM | | 10 | 45.83 |
| 5/6/09 | Legal Assistant | Receive, review and respond to email correspondence from Court Reporter; she's been ill and will get the transcript to us asap. | BF | | 10 | 12.50 |
| 5/6/09 | Legal Assistant | Forward above emails to Ms. Miller | BF | | 10 | 12.50 |
| 5/6/09 | Attorney Services | Prepare and Send Email Correspondence to Court Reporter re: Transcript | JM | | 10 | 45.83 |
| 5/6/09 | Legal Assistant | Made phone call to Court Reporter; left message re: necessity of getting the transcript. Prepared and send an additional email re: same. | BF | | 20 | 25.00 |
| 5/11/09 | Attorney Services | Email from BF to JM re left Stephanie a voicemail | BF | | 10 | 12.50 |
| 5/16/09 | Attorney Services | Pull and Review Citations in Defs' brief Shepardise and expand research | JM | 6 | | 1650.00 |
| 5/17/09 | Attorney Services | Pull and Review Citations in Defs' breif expand research - prepare Appellee's Brief outline | JM | 4 | | 1100.00 |

| Date | Service | Description | By | | Time | Amount |
|---|---|---|---|---|---|---|
| 5/20/09 | Attorney Services | Prepare and send email correspondence to Court Reporter requesting a specific date we can expect to receive transcript. | JM | | 10 | 45.83 |
| 5/20/09 | Attorney Services | Prepare and send inter-office email re: status of transcript | JM | | 10 | 45.83 |
| 5/20/09 | Attorney Services | Prepare and Send Email Correspondence to Court Reporter re: Transcript | JM | | 10 | 45.83 |
| 5/21/09 | Attorney Services | Prepare and Send Letter to Clerk Enclosing Motion to Suspend the Briefing | JM | | 10 | 45.83 |
| 5/21/09 | Attorney Services | Prepare Motion to Suspend the Briefing | JM | 1 | | 275.00 |
| 5/21/09 | Attorney Services | Revise and File Motion to Supplement the Record and Suspend the Briefing | JM | | 45 | 206.25 |
| 5/26/09 | Attorney Services | Email from JM to BF re draft of Motion to Suspend | JM | | 10 | 45.83 |
| 5/27/09 | Legal Assistant | Email from Court Reporter regarding his report about the case | BF | | 10 | 12.50 |
| 5/27/09 | Attorney Services | Verdict Search Report | JM | | 20 | NC |
| 5/27/09 | Legal Assistant | Email from Court Reporter regarding his report about the case | BF | | 10 | 12.50 |
| 6/3/09 | Legal Assistant | Email from BF to JM re Stephanie will correct errors | BF | | 10 | 12.50 |
| 6/3/09 | Attorney Services | Receive and Review Transcript | JM | | 40 | 183.34 |

| 6/3/09 | Attorney Services | Receive and Review Amended Transcript | JM | | 10 | 45.83 |
|--------|-------------------|--------------------------------------|-----|-----|-----|-------|
| 6/3/09 | Legal Assistant | Email from BF to JM re filing is saved | BF | | 10 | 12.50 |
| 6/4/09 | Attorney Services | Receive Notice of Filing of Official Transcript | JM | | 10 | NC |
| 6/4/09 | Legal Assistant | Email from BF to JM re transcript attached | BF | | 10 | 12.50 |
| 6/13/09 | Attorney Services | Initial Draft Appellee's Brief Responses to FLSA Issues | JM | | 10 | 45.83 |
| 6/14/09 | Attorney Services | Initial Draft Appellee's Brief Responses to Attorneys fees and Costs | | 4 | | 1100.00 |
| 6/15/09 | Attorney Services | Receive, review, and respond to email from 5th Circuit assistant case manager regarding docket call transcript | JM | | 20 | 91.67 |
| 6/15/09 | Attorney Services | Receive, review, and respond to email from 5th Circuit assistant case manager regarding docket call transcript | JM | | 20 | 91.67 |
| 6/15/09 | Attorney Services | Receive, review, and respond to email from 5th Circuit assistant case manager regarding use the copy from the court reporter | JM | | 20 | 91.67 |
| 6/15/09 | Attorney Services | Prepare and Send Email Correspondence to Client re: update and transcript | JM | | 10 | 45.83 |
| 6/15/09 | Attorney Services | Forward correspondence between JM and 5th Circuit assistant case manager to BF | JM | | 10 | 45.83 |

| 6/16/09 | Attorney Services | Receive and Review Email Correspondence from Clerk: We will have due date today | JM | | 10 | 45.83 |
|---------|-------------------|-----------|-----|--|----|-------|
| 6/16/09 | Attorney Services | Prepare and send email correspondence to Clerk re: Due Date | JM | | 10 | 45.83 |
| 6/16/09 | Attorney Services | Receive email from Client | JM | | 10 | 45.83 |
| 6/16/09 | Attorney Services | Review Notes Screen from PACER | JM | | 10 | NC |
| 6/16/09 | Attorney Services | Receive and Review Notice re: Supplemental Electronic Record on Appeal Certified to Fifth Circuit | JM | | 10 | NC |
| 6/16/09 | Attorney Services | Receive and Review Transmittal Letter Enclosing Printed Copy of Record. | JM | | 10 | NC |
| 6/16/09 | Legal Assistant | Email from BF to CD re deadline 6/18 | BF | | 10 | 12.50 |
| 6/17/09 | Legal Assistant | Email from BF to JM re 14 days from yesterday | BF | | 10 | 12.50 |
| 6/17/09 | Legal Assistant | Email from BF to CD re new deadline | BF | | 10 | 12.50 |
| 6/17/09 | Attorney Services | Receive, review, and respond to email from 5th Circuit assistant case manager regarding appellee brief is due 7/1/09 | JM | | 20 | 91.67 |
| 6/17/09 | Legal Assistant | Respond to email from JM | BF | | 10 | 12.50 |
| 6/17/09 | Attorney Services | Email from JM to BF re we received documents yesterday | JM | | 10 | 45.83 |

| 6/17/09 | Attorney Services | Prepare and Send Email Correspondence to Court Clerk re: 07-01 Date Supersedes Other | JM | | | 10 | 45.83 |
|---|---|---|---|---|---|---|---|
| 6/17/09 | Attorney Services | Receive, review, and respond to email from 5th Circuit assistant case manager regarding 14 days to respond | JM | | | 20 | 91.67 |
| 6/17/09 | Attorney Services | Prepare and Send Email Correspondence to Court Clerk re: Thank you re 09-20098 | JM | | | 10 | NC |
| 6/27/09 | Attorney Services | Revise Appellee's Brief Review case pleadings for contradictory issues and issues not raised below | JM | 8 | | | 2200.00 |
| 6/28/09 | Attorney Services | Revise Appellee's Brief Review case pleadings for contradictory issues and issues not raised below | JM | 6 | | | 1650.00 |
| 6/29/09 | Attorney Services | Prepare email re: Gagnon Draft as Attachment | JM | | | 10 | 45.83 |
| 6/30/09 | Legal Assistant | Email from BF to JM re few corrections | BF | | | 10 | 12.50 |
| 6/30/09 | Attorney Services | Prepare CD and Label for Appellees Brief | JM | | | 10 | 45.83 |
| 6/30/09 | Attorney Services | Prepare Letter to Clerk Enclosing Appellee's Brief | JM | | | 10 | 45.83 |
| 6/30/09 | Attorney Services | Prepare Gagnon Corrections | JM | | | 20 | 91.67 |
| 6/30/09 | Attorney Services | Email from JM to BF re 1st section draft | JM | | | 10 | 45.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/1/09 | Attorney Services | Review Word Count | JM | | 15 | 68.75 |
| 7/1/09 | Attorney Services | Email from JM to BF re do not read draft | JM | | 10 | NC |
| 7/1/09 | Attorney Services | Finalize and File Appellees Brief | JM | 4 | | 1100.00 |
| 7/6/09 | Attorney Services | Forward email re: Gagnon v Wing Aviation L.L.C. re: Int Post Judgment corporation | JM | | 10 | 45.83 |
| 7/15/09 | Attorney Services | Receive and review Appellee's Reply Brief | JM | 2 | | 550.00 |
| 10/7/09 | Attorney Services | Receive and review Notice of Projected Hearing Date for US Court of Appeals | JM | | 20 | 91.67 |
| 10/9/09 | Attorney Services | Begin Draft of Notice of Oral Argument | JM | | 30 | 137.50 |
| 10/9/09 | Legal Assistant | Email from BH to client, Oral argument is attached | BH | | 10 | 12.50 |
| 10/26/09 | Attorney Services | Receive and review notice from US Court of Appeals advising of Court date set week of 12/1/09 | JM | | 10 | 45.83 |
| 10/26/09 | Attorney Services | Receive and Review Email Correspondence from Clerk re: Notice to Counsel | JM | | 10 | 45.83 |
| 10/26/09 | Attorney Services | Receive and Review Email Correspondence from Clerk re: URGENT NOTICE: Courtweek beginning December 1, 2009 | JM | | 10 | 45.83 |

| 10/27/09 | Attorney Services | Receive and review policy for admitting electronic devices into the Court of Appeals. | JM | | 10 | 45.83 |
|---|---|---|---|---|---|---|
| 10/27/09 | Attorney Services | Prepare and send Acknowledgment Form to US Court of Appeals. | JM | | 20 | 91.67 |
| 11/5/09 | Attorney Services | Prepare and send inter-office email correspondence forwarding Urgent Notice to Counsel for calendaring and printing. | JM | | 10 | 45.83 |
| 11/11/09 | Attorney Services | Receive and review Travel Authorization Notice | JM | | 10 | 45.83 |
| 11/11/09 | Attorney Services | Receive and review correspondence from US Court of Appeals listing of cases set for oral arguments | JM | | 10 | 45.83 |
| 11/11/09 | Legal Assistant | Prepare and send email correspondence to Mr. Gagnon re: hearing is scheduled for 12/1/09 | BF | | 10 | 12.50 |
| 11/20/09 | Legal Assistant | Prepare and send email correspondence to Pam Trice attaching acknowledgment form for oral argument on 12/1/09 | CD | | 10 | 12.50 |
| 11/28/09 | Attorney Services | Review briefs and case law for preparation of oral argument | JM | 6 | | 1650.00 |
| 11/29/09 | Attorney Services | Prepare and Practice Oral Argument Review Case Law | JM | 5 | | 1375.00 |
| 11/30/09 | Attorney Services | Practice Oral Argument Review Case Law | JM | 6 | | 1650.00 |
| 11/30/09 | Attorney Services | Travel Time from Home to New Orleans | JM | 4 | | 1100.00 |

| 12/1/09 | Attorney Services | Oral Argument<br>New Orleans | JM | 3 | | 825.00 |
|---------|-------------------|------------------------------|-----|-----|-----|--------|
| 12/1/09 | Attorney Services | Travel Time from New Orleans to Home | JM | 4 | | 1100.00 |
| 12/2/09 | Legal Assistant | Prepare and send email correspondence to Mr. Gagnon re: case update. | BF | | 10 | 12.50 |
| 2/1/10 | Attorney Services | Prepare and Send Email Correspondence to Client re: No Word Yet | JM | | 10 | 45.83 |
| 2/1/10 | Attorney Services | Prepare and send email correspondence to Mr. Gagnon re: no response on settlement offer yet. | JM | | 10 | 45.83 |
| 2/5/10 | Attorney Services | Review AIS Tech Services balance sheet | JM | | 10 | 45.83 |
| 2/11/10 | Attorney Services | Receive and Review Email Correspondence from Client Confirming He Will Come to Sign Papers | JM | | 10 | 45.83 |
| 2/11/10 | Attorney Services | Prepare and Send Email Correspondence to Client to come into Office to Sign Papers | JM | | 10 | 45.83 |
| 2/11/10 | Legal Assistant | Email from BH to JM re Tim will call back | BH | | 10 | 12.50 |
| 2/11/10 | Attorney Services | Receive, review, and respond to email from BH re Tim wants to meet with you | JM | | 20 | 91.67 |
| 2/23/10 | Attorney Services | Prepare and send email correspondence to Mr. Gagnon re: AIS and UTI appealing Judge's decision. | JM | | 10 | 45.83 |

| 2/27/10 | Legal Assistant | Prepare and send letter to US Court of Appeals enclosing Ms. Miller's Form for Appearance of Counsel for Mr. Gagnon | BF | | 10 | 12.50 |
|---|---|---|---|---|---|---|
| 4/30/10 | Legal Assistant | Prepare and send letter to US Court of Appeals enclosing Appellee's Motion to Supplement the Record. | BF | | 10 | 12.50 |
| 5/27/10 | Attorney Services | Prepare and Send Email Correspondence re: Bill of Cost | JM | | 10 | 45.83 |
| 5/27/10 | Attorney Services | Receive and Review Email Correspondence from Clerk | JM | | 10 | 45.83 |
| 5/27/10 | Attorney Services | Prepare and Send Email Correspondence re: Opinion | JM | | 10 | 45.83 |
| 5/28/10 | Attorney Services | Prepare and Send Email Correspondence to Opposing Counsel re: 5th Circuit Ruling | JM | | 15 | 68.75 |
| 5/28/10 | Attorney Services | Prepare and send email correspondence to Chadwick with settlement plan and terms for payment. | JM | | 10 | 45.83 |
| 5/28/10 | Attorney Services | Prepare and send email correspondence to Mr. Gagnon forwarding above email and again explaining details of the settlement, fees and expenses | JM | | 10 | 45.83 |
| 5/28/10 | Attorney Services | Prepare and send email correspondence to Chadwich with new and final office to settle and terms of payment. | JM | | 10 | 45.83 |

| 5/28/10 | Attorney Services | Prepare and Send Email Correspondence to Client re: Tax Information for Monday | JM | | 10 | 45.83 |
|---|---|---|---|---|---|---|
| 6/4/10 | Attorney Services | Receive, review and respond to email correspondence from Chadwick agreeing that attorneys will try to work it out. | JM | | 10 | 45.83 |
| 6/4/10 | Attorney Services | Prepare and send inter-office email re: above two emails. | JM | | 10 | 45.83 |
| 6/4/10 | Attorney Services | Prepare and Send Email Correspondence to Court previously received from Opposing Counsel re: Try to Resolve without Involving the Court | JM | | 10 | 45.83 |
| 6/4/10 | Attorney Services | Receive, review and respond to email correspondence from Krista Strouse, Relief Case Manager in quiring if attorney fees and costs will be resolved by the attorneys or the Courts | JM | | 10 | 45.83 |
| 6/7/10 | Legal Assistant | Prepare and send email correspondence to Schueler attaching Interrogatories to Wing Aviation. | BH | | 10 | 12.50 |
| 6/7/10 | Attorney Services | Prepare and Send Email Correspondence to Opposing Counsel re: Interrogatories to AIS and United | JM | | 10 | 45.83 |
| 6/7/10 | Legal Assistant | Prepare and send email correspondence to Chadwich attaching Interrogatories to AIS, UTI and Wing Aviation. | BH | | 10 | 12.50 |

| 6/7/10 | Attorney Services | Prepare and Send Email Correspondence to Opposing Counsel re: Interrogatories to Wing Aviation, L.L.C. | JM | | 10 | 45.83 |
|--------|-------------------|--------|----|---|----|-------|
| 6/7/10 | Attorney Services | Prepare and Send Email Correspondence to Court re: Response from Defendant re: Settlement Offer | JM | | 10 | 45.83 |
| 6/7/10 | Attorney Services | Prepare and Send Email Correspondence to Court re: Defendant Rejected Settlement Offer | JM | | 10 | 45.83 |
| 6/7/10 | Attorney Services | Receive, review and respond to email correspondence from Kai Hecker re: Chadwick on vacation; counter-offer and payment plan. | JM | | 20 | 91.67 |
| 6/7/10 | Attorney Services | Prepare and send inter-office email correspondence re: above email | JM | | 10 | 45.83 |
| 6/7/10 | Attorney Services | Prepare and send email correspondence to Krista Strouse, cc: Chadwick, et al re: received written confirmation that defendants AIS and UTI rejected settlement offer and she will seek judgment against Wing Aviation in addition to UTI and AIS | JM | | 10 | 45.83 |
| 6/7/10 | Attorney Services | Prepare and Send Email Correspondence to Opposing Counsel re: Will Discuss Offer with Client | JM | | 10 | 45.83 |
| 6/7/10 | Attorney Services | Prepare and send email correspondence to Kai Hecker re: will discuss their offer with Mr. Gagnon but don't expect him to accept it. | JM | | 10 | 45.83 |

| 6/8/10 | Attorney Services | Prepare and Send Email Correspondence to Opposing Counsel re: Interrogatories not in bad faith or filed with the Court. | JM | | 10 | 45.83 |
|---|---|---|---|---|---|---|
| 6/8/10 | Attorney Services | Prepare and send email correspondence to Schueler agreeing to extend the deadline for Wing Aviation's response | JM | | 10 | 45.83 |
| 6/8/10 | Attorney Services | Receive, review and respond to third email correspondence from Schueler re: reasons why she should withdraw Interrogatories for Wing Aviation. | JM | | 20 | 91.67 |
| 6/8/10 | Attorney Services | Receive, review and respond to second email from Schueler requesting withdrawal of Interrogatories for Wing Aviation | JM | | 20 | 91.67 |
| 6/8/10 | Attorney Services | Receive, review and respond to email correspondence from Schueler requesting her to withdraw Interrogatories for Wing Aviation | JM | | 20 | 91.67 |
| 6/8/10 | Attorney Services | Prepare and Send Email Correspondence to Opposing Counsel re: Interrogatories | JM | | 10 | 45.83 |
| 6/10/10 | Legal Assistant | Pull and Prepare Litigation Expenses from Appeal Date Forward | VJ | 2 | | 150.00 |

| 6/15/10 | Attorney Services | Receive, review and respond to email correspondence from Assistant Case Manager of US Courts of Appeal requesting confirmation of our receipt of the 12/1/08 docket call transcript. We did not receive; requested new deadline. | JM | | 20 | 91.67 |
|---------|-------------------|---|----|---|----|-------|
| 6/15/10 | Attorney Services | Receive, review and respond to email correspondence from Assistant Case Manager of US Court of Appeal advising to use transcript obtained from Court Reporter; she will advise of brief ddl. | JM | | 20 | 91.67 |
| 6/16/10 | Attorney Services | Receive, review and respond to email correspondence from Assistant Case Manager of US Court of Appeal advising she will have a due date before end of the day and advised transcript is to be made a part of the record. | JM | | 20 | 91.67 |
| 7/1/10 | Legal Assistant | Prepare and send letter to Charles R. Fulbruge, III and enclosed Appellee brief hard copy and on CD; advised also sent same to Chadwick. | BF | | 10 | 12.50 |
| 7/7/10 | Attorney Services | Prepare and send inter-office email correspondence attaching above offer | JM | | 10 | 45.83 |
| 7/7/10 | Attorney Services | Receive, review and respond to email correspondence from Kai Hecker re: settlement offer of $80,000 but no lump-sum payment. JM concerned about unsecured offer. | JM | | 20 | 91.67 |

| 7/12/10 | Attorney Services | Receive, review and reply to email correspondence from Kai Hecker agreeing to extension to July 26, 2010. | JM | | 20 | 91.67 |
|---------|-------------------|---|----|---|----|--------|
| 7/12/10 | Attorney Services | Receive, review and respond to email correspondence from Kai asking for 30-day extension to August 12th. JM agreed to a 14 day extension. | JM | | 20 | 91.67 |
| 7/12/10 | Attorney Services | Prepare and send inter-office email correspondence re: above emails | JM | | 10 | 45.83 |
| 7/12/10 | Attorney Services | Telephone Conference with the Court | JM | | 30 | 137.50 |
| 7/12/10 | Attorney Services | Receive, review and respond to email correspondence from Kai Hecker asking for a response to their request for extension of discovery deadline. JM agreed to discuss extension but not until a final judgment. | JM | | 20 | 91.67 |
| 7/14/10 | Attorney Services | Prepare and send email correspondence to Chadwick and Schueler re: settlement offer | JM | | 10 | 45.83 |
| 7/14/10 | Attorney Services | Prepare and send email correspondence to client re: new scheduling order sent soon and included copy of emails re: settlement offer. | JM | | 10 | 45.83 |
| 7/14/10 | Attorney Services | Receive, review and respond to email correspondence from Schueler inquiring about attorney fees | JM | | 20 | 91.67 |
| 7/15/10 | Attorney Services | Email from JM to BH re please send 5th circuit opinion to OC | JM | | 10 | 45.83 |

| 7/19/10 | Attorney Services | Receive, review and respond to email correspondence from Chadwick & Kai Hecker re: correct extension of time for their discovery. | JM | | 20 | 91.67 |
|---------|-------------------|--------------------------------------------------------------------------------------------------------------------------------------|----|--|----|-------|
| 7/19/10 | Attorney Services | Receive, review and respond to email correspondence from Schueler acknowledging settlement offer and agreed to get back with her. | JM | | 20 | 91.67 |
| 7/19/10 | Attorney Services | Receive, review and respond to email correspondence from Kai Hecker apologizing for wrong agreed extension date. | JM | | 20 | 91.67 |
| 7/24/10 | Attorney Services | Research case law - Motion to Reinstate, Rule 60(b) and 41 in support of motion to reinstate Wing | JM | 6 | | 1650.00 |
| 7/25/10 | Attorney Services | Draft first portions of Motion to reinstate Rule 60(b)    Research time limitations Rule 60(c) | JM | 8 | | 2200.00 |
| 7/26/10 | Attorney Services | Receive, review and respond to email correspondence from Chadwick attaching Plaintiff's First Set of interrogatories to AIS | JM | | 30 | 137.50 |
| 7/26/10 | Attorney Services | Receive, review and respond to email correspondence from Chadwick with attachment of Plaintiff's First set of Interrogatories to UTI | JM | | 30 | 137.50 |
| 8/13/10 | Attorney Services | Prepare and send inter-office email correspondence re: recent discovery responses | JM | | 10 | 45.83 |

| 8/13/10 | Attorney Services | Research 60(d) and draft action for fraud against the court | JM | 2 | | 550.00 |
|---------|-------------------|------------------------------------------------------------|-----|---|----|--------|
| 8/14/10 | Attorney Services | Prepare and send email correspondence to Schueler re: Wing was not dismissed from suit and requested he re-read the 12/17/08 order. Again requested Discovery responses from Wing Aviation | JM | | 20 | 91.67 |
| 8/14/10 | Attorney Services | Prepare and send inter-office email correspondence re: filing a lis pen dens on two Wing Aviation properties in Montgomery County | JM | | 10 | 45.83 |
| 8/14/10 | Attorney Services | Receive, review and respond to lengthy email correspondence from Schueler re: his opinion that Wing was dismissed from suit. | JM | | 15 | 68.75 |
| 8/14/10 | Attorney Services | Revise and prepare "Motion for Judgment on Attorney's Fees," and attachments as well as JM Affidavit | JM | 10 | | 2750.00 |
| 8/14/10 | Attorney Services | Prepare and send email correspondence to Schueler re: not receiving Discovery responses; Wing lost its right to raise objections | JM | | 10 | 45.83 |
| 8/14/10 | Attorney Services | Prepare Plaintiff's Action to Set Aside Judgment | JM | 2 | | 550.00 |
| 8/15/10 | Attorney Services | Prepare Plaintiff's Motion for Judgment on Attorney Fees and Costs | JM | 4 | | 1100.00 |
| 8/15/10 | Attorney Services | Prepare Affidavit of Jo Miller | JM | 2 | 30 | 687.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/15/10 | Attorney Services | Revise  "Notice and Motion to Reinstate," Revise "Action for Fraud on the Court | JM | 6 | | 1650.00 |
| 8/16/10 | Attorney Services | Finalize"Notice and Motion to Reinstate," Motion for Judgment on Attorney's Fees," and attachments as well as JM Affidavit Finalize and File "Action for Fraud on the Court | JM | 4 | | 1100.00 |
| | | Subtotals | JM | 170.83 | 10550 | $45,387.38 |
| | | Subtotals | LA | 7.66 | 460 | 575.00 |
| | | | | | Total | $45,962.38 |
| | | | | | | |
| | | | | | | |