Invoice for Service of Process from Cheryl Beard

September 28, 2010 at 6:11 p.m. and 7:20 p.m.

September 29, 2010 at 8:00 a.m. and at 8:01 p.m.

October 1, 2010 at 7:16 a.m. and at 7:30 p.m.

October 2, 2010 at 9:07 a.m.

October 4, 2010 at 11:32 a.m. with travel

October 5, 2010 at 1:22 p.m.

October 5, 2010 at 1:38 p.m.

October 5, 2010 at 2:45 p.m.

October 5, 2010 at 6:27 p.m.


Total Attempts: 9


Total Charge: $600.00


Submitted to:
Law Office of Jo Miller, P.L.L.C.
505 North Main
Conroe, TX 77301