UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY S. GAGNON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-07-1767 |
| § | |
| WING AVIATION, LLC, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT PLAINTIFF ATTORNEY'S FEES AND COSTS**

After considering Plaintiff, Timothy S. Gagnon's Motion for Judgment on Attorney's Fees and Costs, and the response, if any, and all competent admissible evidence offered by the parties, the Court:

FINDS that AIS Tech Services, Inc, United Technisource, Inc and Wing Aviation, LLC are each jointly and severally liable for attorneys fees, out of pocket expenses and taxable costs to Timothy S. Gagnon:

FINDS that Plaintiff Gagnon is awarded attorney's fees in the amount of $55,908.00.

FINDS that Plaintiff Gagnon is awarded out of pocket litigation expenses as additional attorney's fees in the amount of $5,764.63.

FINDS that Plaintiff Gagnon is awarded taxable costs in the amount of $471.55.

SIGNED at Houston, Texas this 10th day of February, 2011.

_____
Kenneth M. Hoyt
United States District Judge